UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20268-CR-King/Garber

UNITED STATES OF AMERICA,

v.

LUIS A. FELIPE TORRES,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Thursday, the 17th day of June, 2010, at 11:00 a.m. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Wednesday, August 25, 2010, at 10:00 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.**

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of June, 2010.

*[signature: Barry L. Garber]*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE